DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT PRIMO,**
Appellant,

v.

**WINTER COLONY, INC.,**
a Florida not-for-profit corporation,
Appellee.

No. 4D2024-2960

[February 5, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE-19-021915.

Robert M. Primo, D.D.S., Lauderdale-By-The-Sea, pro se.

Jeffrey D. Green of Kaye Bender Rembaum, P.L. Pompano Beach, and Kevin P. Yombor of Kaufman Dolowich, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***